IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 28 A 10: 11

Sonj A Whitlow #136618 )
Full name and prison number )
of plaintiff(s) )
)
v. )
Judge John O. Densons )   CIVIL ACTION NO. 3:06 CV 73-WKW
James Eason )             (To be supplied by Clerk of
)                          U.S. District Court)
)
_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( ✓ )  NO ( )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( ✓ )  NO ( )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) Sonj A Whitlow

               Defendant(s) James Eason, Judge
               ~~James Eason~~ John V. Denson

          2.   Court (if federal court, name the district; if
               state court, name the county) 
               middle District

3. Docket number CC-03-667
4. Name of judge to whom case was assigned John V. Denson
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending.
6. Approximate date of filing lawsuit July 29, 2006
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Justice Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same as above (Justice Center)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS
1. James Eason        (2311 Gateway Drive Opelika, AL 36801)
2. 
3. Judge: John V. Denson / 2311 Gateway Drive (Opelika, AL 36801)
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Double Jeopardy.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person, involved.)**

May 2006, Circuit court, Criminal trespassing possession of drug paraphernalia, by Judge John V. Denson. Old fines was turned into being sentenced to a group home for an indefinite period of time.

**GROUND TWO:** ineffective assistance of counsel.

**SUPPORTING FACTS:** She wouldn't allow me to be present at the last two hearing, nor attended the period of my time frame. Which a group home isn't a place for a drug problem.

**GROUND THREE:** insufficiency of the evidence.

**SUPPORTING FACTS:** Cause they didn't have sufficient evidence to prove I don't have funds to pay my fines nor a home plan for me. It was my social worker fault that my fine was not paid.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*What you feel is deem appropriate for the time I spent unlawfully, upon the violation of my constitutional rights. Grant my release and give me monetary damages.*

*Sonja Whitlow*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8-24-2006
              (Date)


*Sonja Whitlow*
Signature of plaintiff(s)

4

Gr and four: cruel and unusal punishment.

Supporting facts: they're telling me they are ordering me to be placed in a group home for an indefinity period of time.

Plaintiff states briefly to set me free and give me a settledment of monsary damagement for relief, and attanzed filing fee upon relief.

I've wrote chales, the magistrate a letter enclosing cc-03-667 # which is hard for you to find, it might be found under cc-04-325-c for the state and 3:06-cv-655-MEF for the civil actin it.

Saja Whitlow
Signature of plaintiff

PS: plaintiff is pleading to proceed without pay cost she's without funds, until Relief is rewarded. we're without a Notary public. But information is true to the best of my ability.