IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 28  A 10: 11

Sonj A Whitlow #136698
Full name and prison number
of plaintiff(s)

v.

Judge John O. Densons
James Eason

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06 CV 73-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Sonj A Whitlow

         Defendant(s) James Eason, Judge John O. Denson

      2. Court (if federal court, name the district; if state court, name the county) middle District

3. Docket number CC-03-667
4. Name of judge to whom case was assigned John V. Denson
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending.
6. Approximate date of filing lawsuit July 29 2006
7. Approximate date of disposition ___

II. PLACE OF PRESENT CONFINEMENT Lee County Justice Center
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same as above (Justice Center)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. James Eason                   2311 Gateway Drive, Opelika, Al 36801
2.
3. Judge: John V. Denson         2311 Gateway Drive, Opelika, Al 36801
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Double Jeopardy.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person, involved.)**

May 2006, Circuit Court, Criminal trespassing possession of drug paraphernalia, by Judge John V. Denson. Old fines was turned into being sentenced to a group home for an indefinite period of time.

**GROUND TWO:** ineffective assistance of counsel.

**SUPPORTING FACTS:** She wouldn't allow me to be present at the last two hearing, nor extended the period of my time frame. Which a group home isn't a place for a drug problem.

**GROUND THREE:** insufficiency of the evidence.

**SUPPORTING FACTS:** Cause they didn't have sufficient evidence to prove I dint have funds to pay my fines nor a home plan for me. It was my social worker fault that my fine was not paid.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*What you feel is deem appropriate for the time I spent unlawfully, upon the violation of my constitutional rights. Grant my release and give me monatary damages.*

*Sonja Whitlow*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __8-24-2006__
(Date)

*Sonja Whitlow*
Signature of plaintiff(s)

4

Gr aund four: Cruel and unusal punishment.

Supporting facts: they're telling me they are ording me to be placed in a group home for an indefinity period of time.

Plaintiff states briefly to set me free and give me a settledment of monsary damjement for relief, and attanced filing fee upon relief.

I've wrote chates, the magistrate a letter enclosing cc-03-667 # which is hard for you to find, it might be found under CC-04-325-C for the state and 3:06-CV-655-MEF for the Civil action.

Soya Whitlow
Signature of plaintiff

P.S. plaintiff is pleading to proceed without pay cost she's without funds, until Relief is rewarded. We're without a Notary public. But information is true to the best of my ability.