In the District Court of Alabama
for the Middle District
Eastern Division

2006 SEP -8 A 10: 24

Sonja E. Whitlow
    Petitioner,
v.
John V. Denson

## Motion

Comes now the petitioner explaining her cause. Petitioner was incarcerated on April 7, 2006 for a failure to pay my fine. I went before the Judge on May 5, 2006 and he released me on all charges, but the Mental Health evaluator for a placement in a group home, indefinite period time. If my sentence expired May 2, 2006 why am I still being held. I underlined the definition of cruel and unusual punishment and double jeopardy, as well as unlawful imprisonment. Petitioner wants to know she's not released. Petitioner also know that James Eason, Mental Health, no authority over Judge decision.

I am not able to quote any said law statues or cases due to no access to a law library. I know I am being held unlawfully (April 7, 2006 — Sept 9, 2006)

petitioner is not incarcerated for her sentence imposed, why is she sentence unlawfully, and being held unlawfully?

Sincerely
Sonja E. Critellow