IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SONJA WHITLOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-773-WKW |
| ) | [wo] |
| JUDGE JOHN DENSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 30, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) that this case is due to be dismissed without prejudice. Plaintiff timely filed an objection. After an independent and *de novo* review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED;

2. The case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE this the 21st day of September, 2006.

                                       /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE